UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-24827-UU

TAL HILSON,

      Plaintiff,                                   INJUNCTIVE RELIEF SOUGHT

vs.

AWALE DEVELOPMENT TWO, INC., a Florida
corporation d/b/a Dunkin Donuts #330260, and
SSC330260, LLC.,

      Defendants.
_____/

**PLAINTIFF'S MOTION TO DISMISS DEFENDANT AWALE DEVELOPMENT TWO, INC. d/b/a DUNKIN DONUTS #330260 PURSUANT TO FED. R. CIV. P. 21**

Plaintiff, TAL HILSON (hereinafter "Plaintiff"), by and through the undersigned attorney, hereby moves this Honorable Court to dismiss Defendant, AWALE DEVELOPMENT TWO, INC/ d/b/a DUNKIN DONUTS #330260 (hereinafter "Defendant 1"), and as grounds therefore states as follows:

1. On December 22, 2014, Plaintiff filed its Complaint against Defendant 1. (Docket Entry No. 1)

2. On January 9, 2015, Plaintiff filed its Amended Complaint and added the proper party, Defendant SSC330260, LLC. (Docket Entry No. 6)

3. Plaintiff moves this Court to dismiss Defendant 1 without prejudice pursuant to Fed. R. Civ. P. 21 as Defendant SSC330260, LLC is the proper party in the instant matter.

4. Plaintiff is in the process of effectuating service on Defendant SSC330260, LLC. and will file the Summons Returned Executed upon receipt of same.

5. Rule 21 of the Federal Rules of Civil Procedure allows the Court, on its own initiative or by motion, to dismiss parties to a case: "On motion or on its own, the court may at any time, on just terms, add or drop a party."

6. In compliance with Local Rule 7.1(a), the undersigned conferred with counsel for Defendant and they are unopposed to the relief sought in this motion.

WHEREFORE, based on the above, the undersigned moves this Court to dismiss Defendant 1, AWALE DEVELOPMENT TWO, INC. d/b/a DUNKIN DONUTS # 330260 without prejudice, pursuant to Fed. R. Civ. P. 21.

Respectfully submitted,

MARK D. COHEN, P.A.
Attorney for Plaintiff
Presidential Circle, Ste. 435 So.
4000 Hollywood Blvd.
Hollywood, Florida 33021
Telephone: (954) 962-1166
Fla. Bar No. 347345

/s/ *Mark D. Cohen*_____
MARK D. COHEN, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Mark D. Cohen*_____
MARK D. COHEN, ESQ.