UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:14-cv-24827-UU

TAL HILSON,

    Plaintiff,

v.

AWALE DEVELOPMENT TWO, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Dismiss Defendant Awale Development Two, Inc., D.E. 10, filed on January 27, 2015.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Plaintiff moves under Federal Rule of Civil Procedure 21 to drop Defendant Awale Development Two, Inc. because Awale is not the real property owner of the premises at issue. Accordingly it is

ORDERED AND ADJUDGED that Plaintiff's Motion, D.E. 10, is GRANTED. Under Rule 21, Awale Development Two, Inc. is hereby DROPPED as a Defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this _28th_ day of January, 2015.

*/s/ Ursula Ungaro*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided to: Counsel of Record