UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:14-cv-24827-UU

TAL HILSON,

    Plaintiff,

v.

SSC330260, L.L.C.,

    Defendant.

_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

Pursuant to this Court's April 23, 2015 Order, D.E. 26, the parties were required to file all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, by May 15, 2015. The parties have failed to file such papers. In the Order, this Court warned the parties that failure to comply would result in dismissal without further notice. Accordingly, it is hereby

ORDERED AND ADJUDGED that this cause is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this __26th__ day of May, 2015.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record